# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JESSICA QUINN,

        Plaintiff,

v.

NORDSTROM, INC., et al.,

        Defendant(s).

Case No. 2:25-CV-08599-AB-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: October 10, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE